

**Olivia F. Bivens, Esq. (NV 15014)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, Nevada 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone:  (949) 427-1888
Facsimile:  (949) 427-1889
Email: obivens@burgermeyer.com

BURGER, MEYER & D'ANGELO, LLP

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOLITA PAYNE; EDWARD JACKSON,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT DORN; SCHNEIDER NATIONAL CARRIERS, INC.,<br><br>Defendants. | Case No.: 2:26-cv-00513-GMN-MDC<br><br>**MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST** |

Olivia F. Bivens, Esq. of the law firm Burger, Meyer & D'Angelo, LLP (the "firm"), as former in-house counsel for MOVEDOCS.COM, LLC, hereby submits this Motion for Removal from CM/ECF Service List as to Olivia F. Bivens, Esq. This Motion is made and supported by the following Memorandum of Points and Authorities.

/ / /

/ / /

/ / /

**MEMORANDUM OF POINTS AND AUTHORITIES**

Olivia F. Bivens, Esq. is currently employed by Burger Meyer & D'Angelo, LLP, and no longer employed as in-house counsel at MoveDocs.com, LLC.  Ms. Bivens is no longer involved as attorney of record for MoveDocs.com, LLC in this matter. As such, CM/ECF notice to Olivia F. Bivens, Esq. is this matter is no longer required and Olivia F. Bivens, Esq. hereby submits this Motion for Removal from CM/ECF Service List.

Dated: May 7, 2026                           **BURGER, MEYER & D'ANGELO, LLP**

/s/Olivia F. Bivens
Olivia F. Bivens, Esq.
Nevada Bar No. 15014


IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 5-14-26

-2-
**MOTION FOR REMOVAL FROM CMF/ECF SERVICE LIST**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2026, I personally served a true and correct copy of the foregoing **MOTION FOR REMOVAL FROM CMF/ECF SERVICE LIST** the following means:

_X_ CM/ECF

___ U.S. Mail

___Electronic Mail

___ Hand-Delivery

___ Delivery Service (e.g., FedEx, UPS)

___ Other means

to the following individuals:

Bryce K. Kunimoto     bkunimoto@hollandhart.com, Intaketeam@hollandhart.com, krcole@hollandhart.com, pmostlie@hollandhart.com

Marisa Guarino Stearns     mstearns@movedocs.com

Michael P Lowry     michael.lowry@wilsonelser.com, Amy.Mettler@wilsonelser.com, EfileLasVegas@wilsonelser.com

Olivia F. Bivens     obivens@burgermeyer.com, araleigh@burgermeyer.com

Lauren D. Wigginton     ldwigginton@hollandhart.com, Intaketeam@hollandhart.com, tlpond@hollandhart.com

Terra Shepard     teshepard@hollandhart.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: _Alexandria Raleigh_
Alexandria Raleigh