**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Lolita Payne, et al.,

Plaintiff(s),

vs.

Scott Dorn, et al.,

Defendant(s).

2:26-cv-00513-GMN-MDC

ORDER

Interested party MoveDocs.com LLC ("MoveDocs") filed an *Sealed Ex Parte Motion For Leave to File Under Seal Exhibit A-1* ("Ex Parte Motion"). *ECF No. 11*. Defendants filed a *Motion For Leave to File Document. ECF No. 26.*

The Court **DENIES** the Ex Parte Motion (ECF No. 11) without prejudice, with leave to refile. Under Local Rule IA 7-2(b), an "ex parte motion or application must articulate the rule that permits ex parte filing and explain why it is filed on an ex parte basis." MoveDocs has neither articulated the rule that permits it to file ex parte nor explained why it filed the motion on this basis. MoveDocs has also not articulated why it filed its entire Ex Parte Motion under seal, rather than filing a redacted version of the motion on the public docket. Exhibit A-1 will temporarily remain under seal pending further order of this Court.

The Court **GRANTS** defendants' *Motion For Leave to File Document. ECF No. 26.* FRCP 5.2(a)(2) states that when a filing contains an individual's birth date a party or nonparty making the filing may include only the year of the individual's birth. Defendants move to substitute certain exhibits filed with ECF No. 1 to comply with FRCP 5.2(a)(2) because they contain a date of birth that was not redacted.

//

**IT IS ORDERED THAT:**

1. Interested party MoveDocs.com LLC's *Sealed Ex Parte Motion For Leave to File Under Seal Exhibit A-1* (ECF No. 11) is **DENIED** without prejudice, with leave to refile by **August 10, 2026.** Exhibit A-1 will remain under seal pending further order of this Court.
2. Defendants' *Motion For Leave to File Document* (ECF No. 26) is **GRANTED.**
3. The Clerk of Court is **DIRECTED TO STRIKE** to ECF Nos. 1-4, 1-6, 1-10, 1-11, 1-13, 1-14 and 1-17.
4. Defendants have until **August 10, 2026,** to separately file the proposed replacement exhibits on the docket.

Dated July 31, 2026.

____________________________
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge