MARK C. SEVERINO, ESQ.
Nevada Bar No. 14117
E-mail: Mark.Severino@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Scott Dorn; Schneider National Carriers, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Lolita Payne; Edward Jackson,<br>Plaintiffs,<br>vs.<br>Scott Dorn; Schneider National Carriers, Inc.,<br>Defendants. | Case No.: 2:26-cv-513<br><br>**Defendants' Motion to Remove from Service List** |

Defendants request to remove attorney Michael Lowry from the CM/ECF electronic service list. Michael Lowry is no longer working this file.

.

DATED this 10th day of September, 2026.

BY: */s/Mark Severino*
MARK C. SEVERINO, ESQ.
Nevada Bar No. 14117
Attorneys for Scott Dorn; Schneider National Carriers, Inc.

**Certificate of Service**

Pursuant to FRCP 5, I certify that on September 10, 2026, I served **Defendants' Motion to Remove from Service List** as follows:

☒ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| | |
|---|---|
| Marisa Guarino Stearns<br>MoveDocs.com, LLC<br>4670 S. Fort Apache Road, Suite 200<br>Las Vegas, NV 89147 | WLG Chicago, LLC d/b/a Witherite Law<br>200 N. La Salle St., Suite 3000<br>Chicago, IL 60601<br>Attorneys for Lolita Payne; Edward Jackson |
| Holland & Hart<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br>Attorneys for MoveDocs.com, LLC | |

BY: */s/ Katrina Leaver*
An Employee of
WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated:9-24-26